UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

```
IN RE:  STAICE DENISE JOHNSON,     {   CHAPTER 13
                                   {
                                   {
        DEBTOR(S)                  {   CASE NO. A18-52979-PWB
                                   {
                                   {   JUDGE BONAPFEL
```

**OBJECTION TO CONFIRMATION**

    COMES NOW MARY IDA TOWNSON, TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

    1. The Debtor(s)' plan proposes certain changes in the monthly payment to Guild Mortgage Company and OneMain Financial Services, Inc. However, the plan is not date specific regarding these changes. Thus, the Trustee is unable to effectively administer the plan as proposed.

    2. The Chapter 13 Plan fails to provide the purchase date for the claim of OneMain Financial Services, Inc., preventing the Trustee from properly administering this plan.

    3. The lien avoidance calculation in Section 3.4(b), (c) and (e) of the proposed plan appears to be inaccurate and/or incomplete.

    4. Section 4.4 of the plan should be amended to check one box.

    5. The Debtor(s)' Statement of Financial Affairs is inaccurate and/or incomplete; the Trustee is unable to determine the feasibility of the proposed plan. 11 U.S.C. Section 1325(a)(6); specifically, question 4 omits the Debtor's non-filing spouse's income and question 16 omits credit counseling fee.

    6. The Chapter 13 budget fails to include expenses for a homeowner's association payment; thereby, possibly rendering the proposed Chapter 13 plan payment to be infeasible, in violation of 11 U.S.C. Section 1325(a)(6).

Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, GA  30303-1740
(404) 525-1110
maryidat@atlch13tt.com

      7.  The Chapter 13 plan fails to provide for the assumption and funding or rejection of executory contract owed to New Avenues in violation of 11 U.S.C. Section 365(b)(1)(C).

      8.  The Chapter 13 plan fails to provide for the contribution to the plan, the $200.00 per month lease expense when the lease expires; thereby, possibly indicating a lack of good faith in proposing this repayment plan, 11 U.S.C. Section 1325(a)(3).

      9.  The Form 122C-2 appears to claim an incorrect amount for line items 6 and 33d.

      10.  The statement of current monthly income and calculation of commitment period and disposable income filed by Debtor(s) as required by Rule 1007(b)(6) F.R. Bankr. P. appears to be inaccurate and/or incomplete.

      WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of this Debtor's (s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

      April 5, 2018

                                   _____/s/_____
                                     Mary Ida Townson, Attorney
                                     Chapter 13 Trustee
                                     GA Bar No. 715063

Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, GA   30303-1740
(404) 525-1110
maryidat@atlch13tt.com

A18-52979-PWB

**CERTIFICATE OF SERVICE**

    This is to certify that I have this day served

DEBTOR(S):

STAICE DENISE JOHNSON
4143 LINDBERGH WAY
REX, GA 30273

ATTORNEY FOR DEBTOR(S):

KING & KING LAW LLC
215 PRYOR STREET
ATLANTA, GA 30303

in the foregoing matter with a copy of this pleading by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

This 5th day of April 2018


_____/s/_____
Mary Ida Townson, Attorney
Chapter 13 Trustee
GA Bar No. 715063










Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, GA  30303-1740
(404) 525-1110
maryidat@atlch13tt.com